1  Jason G. Revzin
   Nevada Bar No. 8629
2  Jason.revzin@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 South Rainbow Blvd., Suite 600
   Las Vegas, NV 89118
4  (702) 893-3383
5  (702) 893-3789 Fax
   **Counsel for Trans Union LLC**
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF NEVADA**

10   KEITH CASTILLO,                          Case No. 2:17-cv-01723-RFP-VCF

11                      Plaintiff,
                                              **JOINT STIPULATION AND ORDER**
12   v.                                       **EXTENDING DEFENDANT TRANS**
                                              **UNION LLC'S TIME TO RESPOND TO**
     NAVIENT SOLUTIONS, LLC., EQUIFAX,        **PLAINTIFF'S COMPLAINT (FIRST**
13   INC., AND TRANS UNION LLC,               **REQUEST)**

14                      Defendants.

15

16       **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS**

17            **UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S**

18                 **COMPLAINT (FIRST REQUEST)**

19   / / /

20

21   / / /

22

23   / / /

24

25   / / /

26

27   / / /

28

     9141037.1/SP/83057/2920/071317

1    COME NOW Plaintiff Keith Castillo ("Plaintiff") and Defendant Trans Union LLC

2  ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation

3  Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

4    On June 22, 2017, Plaintiff filed his Complaint.  The current deadline for Trans Union to

5  answer or otherwise respond to Plaintiff's Complaint is July 18, 2017.  Trans Union is in need of

6  additional time to investigate Plaintiff's claims and respond to the allegations and details in

7  Plaintiff's Complaint.  Plaintiff has agreed to extend the deadline in which Trans Union has to

8  file responsive pleadings to Plaintiff's Complaint until August 11, 2017.  This is the first

9  stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

10    DATED: July 13, 2017.

11                                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

12

13                                  */s/ Jason G. Revzin*
                                    Jason G. Revzin

14                                  Nevada Bar No. 008629
                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

15                                  6385 South Rainbow Blvd., Suite 600
                                    Las Vegas, NV 89118

16                                  Telephone:  (702) 893-3383
                                    Facsimile:  (702) 893-3789

17                                  Email:  Jason.revzin@lewisbrisbois.com

18                                  **COUNSEL FOR TRANS UNION LLC**

19

20                                  **LAW OFFICE OF KEVIN L. HERNANDEZ**

21                                  */s/ Kevin L. Hernandez*

22                                  Kevin L. Hernandez
                                    Nevada Bar No. 12594

23                                  Law Office of Kevin L. Hernandez
                                    2510 Wigwam Parkway, Suite 206

24                                  Henderson, NV 89074

25                                  Telephone: (702) 563-4450
                                    Facsimile: (702) 552-0408

26                                  Email: kevin@kevinhernandezlaw.com
                                    **COUNSEL FOR PLAINTIFF**

27

28

9141037.1/SP/83057/2920/071317

1

2        Keith Castillo v. Navient Solutions, LLC. et al
         2:17-cv-01723-RFP-VCF

3

4                              **ORDER**

5    IT IS SO ORDERED:

6

7        _____
         UNITED STATES MAGISTRATE JUDGE,

8
         DATED: _____July 14, 2017_____
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28