ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
          rex.garner@akerman.com

*Attorneys for Defendant Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH CASTILLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC., a foreign limited-liability company; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2-17-cv-01723-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Keith Castillo and Defendant Navient Solutions, LLC (**NSL**) respectfully submit the following stipulation to allow NSL twenty one additional days to respond to the Complaint, ECF No. 1.

///

///

///

///

///

1

42306390;1

Plaintiff served the Summons and a copy of the Complaint on NSL on June 27, 2017. NSL's deadline to respond to the Complaint is July 18, 2017. Fed. R. Civ. P. 12(a). Plaintiff and NSL stipulate to extend NSL's answer deadline by twenty one days, to August 8, 2017. This is NSL's first request for an extension.

| This the 13th day of July, 2017. | This the 17th day of July, 2017. |
|---|---|
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **AKERMAN LLP** |
| */s/ Kevin L. Hernandez, Esq.* <br> KEVIN L. HERNANDEZ, ESQ. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Henderson, Nevada 89074 | */s/ Rex D. Garner, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 |
| *Attorneys for Plaintiff Keith Castillo* | *Attorneys for Defendant Navient Solutions, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-17-2017

2

42306390;1

**CERTIFICATE OF SERVICE**

I certify on the 17th day of July, 2017, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system on the following:

Kevin L. Hernandez, Esq.
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074

*Attorneys for Plaintiff Keith Castillo*

Jason Revzin
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Trans Union LLC*

*/s/ Nick Mangels*
An employee of AKERMAN LLP

3

42306390;1