JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEITH CASTILLO,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC., EQUIFAX, INC., AND TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 2:17-cv-01723-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

TO THE HONORABLE JUDGE RICHARD F. BOULWARE, II:

Plaintiff Keith Castillo and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff Keith Castillo and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of

/ / /

/ / /

/ / /

this lawsuit are hereby dismissed with prejudice, with court costs and attorney's fees and costs to be paid by the party incurring same.

DATED: August 15, 2017

**LAW OFFICE OF KEVIN L. HERNANDEZ**

_/s/ Kevin L. Hernandez_
**KEVIN L. HERNANDEZ**
Nevada Bar No.: 12594
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
(702) 563-4450/(702) 552-0408 Fax
**Email:** kevin@kevinhernandezlaw.com
_Counsel for Plaintiff_

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Jason G. Revzin_
**JASON G. REVZIN**
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383/(702) 893-3789
Email: jason.revzin@lewisbrisbois.com
_Counsel for Trans Union LLC_

**AKERMAN LLP**

_/s/ Rex Garnder_
**REX GARNDER**
**ARIEL E. STERN**
1160 Town Center Dr, Suite 330
Las Vegas, NV 89144
(702) 634-5000/ (702) 380-8572
Email: Rex.garner@akerman.com
Email: Ariel.stern@akerman.com
_Counsel for Navient Solutions, LLC_

## ORDER

IT IS SO ORDERED.

Dated this 22nd day of August , 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge