ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Defendant Navient Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH CASTILLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01723-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Keith Castillo and defendant Navient Solutions, LLC, by and through their respective counsel, stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

///

///

///

///

///

///

///

///

1

43659779;1

Dated this 27th day of December, 2017.  Dated this 27th day of December, 2017.

**LAW OFFICE OF KEVIN L. HERNANDEZ**  **AKERMAN LLP**

*/s/ Kevin L. Hernandez, Esq.*  */s/ Rex D. Garner, Esq.*
KEVIN L. HERNANDEZ, ESQ.  ARIEL E. STERN, ESQ.
Nevada Bar No. 12594  Nevada Bar No. 8276
2510 Wigwam Parkway, Suite 206  REX D. GARNER, ESQ.
Henderson, Nevada 89074  Nevada Bar No. 9401
 1635 Village Center Circle, Suite 200
*Attorneys for plaintiff Keith Castillo*  Las Vegas, Nevada 89134

*Attorneys for defendant Navient Solutions, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2017

2

43659779;1